■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. KIRKUP, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered September 22, 2008. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYSOMOE T. GILLIAM, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered May 14, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO YELDER, JR., Appellant. [901 NYS2d 895]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered January 17, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.